AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Kevin D. Nowakowski Telephone: (313) 269-5974

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Romario DEL VALLE-SAENZ

Case No.

Case: 2:26−mj−30481
Assigned To : Unassigned
Assign. Date : 8/14/2026
Description: CMP USA V. DEL VALLE−SAENZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 06, 2026 in the county of St. Clair in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 111(a)(2) | Assaulting, Resisting, or Impeding a Federal Officer |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Kevin D. Nowakowski Senior Special Agent, CBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 14, 2026

[signature]
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Kevin D. Nowakowski, declare the following under penalty of perjury:

1. I am a Senior Special Agent with the United States Customs and Border Protection (CBP) Office of Professional Responsibility (OPR), and I have been employed in this capacity since February of 2017. Currently, I am assigned to the Detroit Field Office. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Romario DEL VALLE-SAENZ, which attests to the following.

2. Romario DEL VALLE-SAENZ is a thirty-year-old male, native and citizen of Guatemala, illegally present in the United States. On or about September 29, 2022, DEL VALLE-SAENZ was ordered removed in absentia by an Immigration Judge in Charlotte, North Carolina. No appeal was filed. There is no record of DEL VALLE-SAENZ returning to Guatemala at that time.

3. On August 06, 2026, Border Patrol Agents MV and BS were performing official duties. At the time, they were both operating in a plain clothes capacity.

4. At approximately 7:40 AM, Detroit Sector Radio notified the Marysville Border Patrol Station that a St. Clair County Sheriff's Deputy requested assistance identifying two subjects during a traffic stop on I-94 westbound, west of Gratiot Avenue. BPA BS and BPA MV responded to the location. Upon arrival, they approached the deputy, who was standing behind the suspect's vehicle. BPA BS was wearing a USBP-issued vest with clearly visible Border Patrol markings and badges, and BPA MV's USBP badge was clearly displayed on a chain around his neck.

5. Shortly after BPA MV and BPA BS contacted the deputy, the driver, later identified as DEL VALLE-SAENZ, quickly exited his vehicle and fled from the deputy and agents on foot. The agents observed DEL VALLE-SAENZ run on to Westbound I-94, continue down the shoulder of the expressway, and enter an adjacent ditch where dense weeds and heavy vegetation obscured his

location. BPA BS and BPA MV pursued the driver on foot into the ditch and located him in the dense vegetation.

6. While the agents attempted to secure DEL VALLE-SAENZ, and place him in handcuffs, DEL VALLE-SAENZ resisted arrest by pulling his arms away, tensing his body, and flailing around. He was given multiple commands to stop from the agents in both the English and Spanish languages. DEL VALLE-SAENZ ignored these commands and continued to pull his arms away while flailing and twisting his body, preventing the agents from safely placing him in restraints.

7. During the struggle to restrain DEL VALLE-SAENZ, BPA BS was bitten by DEL VALLE-SAENZ on his right forearm. As the struggle continued, DEL VALLE-SAENZ began to comply with commands and was eventually secured. BPA BS and BPA MV then escorted DEL VALLE-SAENZ out of the ditch and walked him toward the deputy's patrol car.

8. DEL VALLE-SAENZ was transported to the Lake Huron Medical Center for medical evaluation. While at the hospital, DEL VALLE-SAENZ stated to an agent and medical staff that he injured his shoulder about three months ago and reinjured it today when falling in the ditch after running from the agents.

9. BPA BS was also evaluated at the Lake Huron Medical Center for his bite wound on his right forearm.

10. Based upon the above information, affiant believes there is probable cause to believe that Romario DEL VALLE-SAENZ, did forcibly assault, resist, and impede, and have physical contact with Border Patrol Agent BS, a federal officer, while he was engaged in his official duties, in violation of Title 18, United States Code, Section 111(a)(2).

Kevin Nowakowski, U.S. Customs and Border Protection Senior Special Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Elizabeth A. Stafford

Honorable Elizabeth A. Stafford
United States Magistrate Judge